11510

SANDEL v. STATE

(133 S. E., 709)

APPEAL AND ERROR.—Questions raised on former appeal, and considered and decided by Court *en banc,* are *res adjudicata.*

Before BONHAM, J., Richland. Affirmed.

Action by J. O'Neal Sandel, as administrator, against the State. Judgment for defendant, and plaintiff appeals. Affirmed.

*Messrs. Graydon & Graydon,* for appellant.

*Messrs. S. M. Wolfe* and *Alva M. Lumpkin,* for respondent.

May 13, 1924.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

Appeal from a judgment in favor of the defendant, after the case had been remanded to the Circuit Court for a new trial, under the opinion reported in 126 S. C., 1; 119 S. E., 776. The exceptions raise only questions which have already been raised, considered, and decided by the Court *en banc,* and are *res adjudicata.*

The judgment of this Court is that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES WATTS, FRASER and MARION concur.

MR. CHIEF JUSTICE GARY did not participate.